IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION–JACKSON

CAPITOL BODY SHOP, INC*., et al.*                                                                   PLAINTIFFS

v.                                                            Civil Action No. 3:14-cv-00012-CWR-FKB

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, *et al.*                                                                  DEFENDANTS

**DEFENDANTS NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY AND NATIONWIDE MUTUAL INSURANCE COMPANY'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendants Nationwide Property And Casualty Insurance Company and Nationwide Mutual Insurance Company (collectively "Nationwide") move to dismiss Plaintiffs' First Amended Complaint for failure to state a claim upon which relief can be granted, as shown in the memorandum of law filed in support of this Motion.

Nationwide further requests, pursuant to Fed. R. Civ. P. 1 and 15(a)(2), that leave to amend the First Amended Complaint as to Nationwide be denied as futile. As demonstrated in Nationwide's supporting memorandum, none of the conduct alleged in the First Amended Complaint can support any cause of action against Nationwide under federal or state law.

Accordingly, Nationwide respectfully requests that the Court dismiss Plaintiffs' First Amended Complaint as to Nationwide, in its entirety and with prejudice, enter final judgment in this action in Nationwide's favor, and order such additional relief as the Court finds appropriate.

| | |
|---|---|
| Dated: June 26, 2014 | Respectfully submitted,<br><br>NATIONWIDE PROPERTY AND<br>CASUALTY INSURANCE COMPANY<br>and NATIONWIDE MUTUAL<br>INSURANCE COMPANY<br><br>By Their Attorneys,<br>DANIEL COKER HORTON & BELL<br><br><br>s/ Jackson H. Ables_____ |

Jackson H. Ables, III – BAR # 1027
jables@danielcoker.com
DANIEL COKER HORTON & BELL, P.A.
4400 Old Canton Road, Suite 400
Post Office Box 1084
Jackson, MS  39215-1084
Tel: (601) 969-7607
Fax: (601) 969-1116

OF COUNSEL:

Michael H. Carpenter, *pro hac vice* being applied for
carpenter@carpenterlipps.com
Michael N. Beekhuizen, *pro hac vice* being applied for
beekhuizen@carpenterlipps.com
Peter T. Snow, *pro hac vice* being applied for
snow@carpenterlipps.com
CARPENTER LIPPS & LELAND LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio 43215
Tel: (614) 365-4100
Fax: (614) 365-9145

Mark J. Botti*, pro hac vice* being applied for
mark.botti@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
1200 19th Street, N.W., Suite 300
Washington, District of Columbia  20036
(202) 626-6600 telephone
(202) 626-6780 facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2014, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to the following: John Arthur Eaves, Jr.; Allison P. Fry; Halbert E. Dockins, Jr., Ellie F. Turnage.

s/ Jackson H. Ables