**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION - JACKSON**

| | |
|---|---|
| CAPITOL BODY SHOP, INC., AUTOMOTIVE ALIGNMENT & BODY SERVICE, INC., D/B/A PITALO AUTO PAINT & BODY, ALEXANDER BODY SHOP, LLC, B & W BODY SHOP, INC., BILL FOWLER'S BODYWORKS, INC., BOLDEN BODY SHOP, LLC, CANTON COLLISION, LLC CAPITOL BODY SHOP OF RIDGELAND, INC., CAPITOL BODY SHOP OF BYRAM, INC., CLINTON BODY SHOP, INC., CLINTON BODY SHOP OF RICHLAND, INC., CRYSTAL CAR CARE, INC., EAST MCCOMB BODY SHOP, INC., GEORGE CARR BUICK PONTIAC CADILLAC GMC, INC. HYPERCOLOR AUTOMOTIVE RECONDITIONING, INC., D/B/A AUTOWORICS COLLISION SPECIALIST , LAKESHORE BODY SHOP, INC., PATRIOT AUTO BODY, LLC., PORTER'S BODY SHOP, INC., PROTOUCH COLLISION, LLC, D/B/A BOLER-PHILLIPS BODY SHOP, RIDGELAND BODY SHOP, INC., ROY ROGERS BODY SHOP, INC., SMITH BROTHERS BODY SHOP, INC., SMITH BROTHERS COLLISION CENTER, INC., WALKERS COLLISION CENTER, INC., MARK COOK AND BARRY LEWIS, INDIVIDUALLY AND D/B/A EUROPEAN COACHWORKS, LTD. | Case No. 3:14-cv-00012 CWR-FKB <br><br> Judge Carlton W. Reeves |
|                       Plaintiffs, <br><br>      v. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, STATE FARM FIRE AND CASUALTY COMPANY, PROGRESSIVE GULF INSURANCE COMPANY, PROGRESSIVE CASUALTY INSURANCE COMPANY, ALLSTATE PROPERTY AND CASUALTY COMPANY, ALLSTATE INSURANCE COMPANY, NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY, NATIONWIDE MUTUAL INSURANCE | |

- 1 -

COMPANY, GEICO GENERAL INSURANCE
COMPANY, GEICO INDEMNITY COMPANY,
UNITED SERVICES AUTOMOBILE
ASSOCIATION, USAA CASUALTY
INSURANCE COMPANY, SAFECO INSURANCE
COMPANY OF ILLINOIS, SHELTER MUTUAL
INSURANCE COMPANY, DIRECT GENERAL
INSURANCE COMPANY OF MISSISSIPPI,
SHELTER GENERAL INSURANCE COMPANY,
MISSISSIPPI FARM BUREAU CASUALTY
INSURANCE COMPANY

                                    Defendants.

**MOTION TO DISMISS FIRST AMENDED COMPLAINT BY DEFENDANTS
ALLSTATE PROPERTY AND CASUALTY COMPANY, ALLSTATE INSURANCE
COMPANY, PROGRESSIVE CASUALTY INSURANCE COMPANY, PROGRESSIVE
GULF INSURANCE COMPANY, SHELTER GENERAL INSURANCE COMPANY,
SHELTER MUTUAL INSURANCE COMPANY, DIRECT GENERAL INSURANCE
COMPANY OF MISSISSIPPI, MISSISSIPPI FARM BUREAU CASUALTY
INSURANCE COMPANY, SAFECO INSURANCE COMPANY OF ILLINOIS,
UNITED SERVICES AUTOMOBILE ASSOCIATION, AND USAA CASUALTY
INSURANCE COMPANY**

Defendants Allstate Property and Casualty Company, Allstate Insurance Company,

Progressive Casualty Insurance Company, Progressive Gulf Insurance Company, Shelter General

Insurance Company, Shelter Mutual Insurance Company, Direct General Insurance Company of

Mississippi, Mississippi Farm Bureau Casualty Insurance Company, Safeco Insurance Company

of Illinois, United Services Automobile Association, and USAA Casualty Insurance Company

(collectively, "Defendants") respectfully submit this motion to dismiss Plaintiffs' First Amended

Complaint (Doc. 3) with prejudice pursuant to Fed. R. Civ. P. 8 and Fed. R. Civ. P. 12(b)(6).

Defendants would show:

1.      Under Fed. R. Civ. P. 8, Plaintiffs' First Amended Complaint is inadequately pled with conclusory allegations that improperly lump all of the Defendants together.

2.      Under Fed. R. Civ. P. 12(b)(6), Plaintiffs' First Amended Complaint fails to state a claim upon which relief can be granted.

3.      In support of their motion, Defendants incorporate by reference their concomitant memorandum of authorities, including all materials, argument and law contained therein.

WHEREFORE, for all the foregoing reasons, the claims asserted against Defendants in Plaintiffs' First Amended Complaint fail as a matter of law and Defendants move for dismissal with prejudice of the First Amended Complaint in its entirety.

Dated:  June 26, 2014

Respectfully submitted,

/s/ William C. Griffin _____
William C. Griffin, Esq. (MSB No. 5021)
CURRIE JOHNSON GRIFFIN GAINES
& MYERS, P.A.
Mississippi Valley Title Building
315 Tombigbee Square
P.O. Box 750
Jackson, Mississippi  39205-0750

Richard L. Fenton (*pro hac vice* application pending)
DENTONS US LLP
233 South Wacker Drive, Suite 7800
Chicago, Illinois 60606
Telephone: (312) 876-8000
Facsimile:  (312) 876-7934
richard.fenton@dentons.com

*Counsel for Defendants*
*Allstate Property and Casualty Company, and*
*Allstate Insurance Company*

/s/ William C. Brabec_____
William C. Brabec (MSB No. 4240)
ADAMS AND REESE LLP

1018 Highland Colony Parkway, Suite 800
Ridgeland, Mississippi  39157
Phone:  (601) 292-0703
Facsimile: (601) 944-9030
bill.brabec@arlaw.com

*Counsel for Defendants*
*Progressive Casualty Insurance Company and*
*Progressive Gulf Insurance Company*

/s/ R. Bradley Best_____ _____
R. Bradley Best (MSB No. 10059)
HOLCOMB DUNBAR WATTS BEST MASTERS
& GOLMON, PA
P.O. Drawer 707
400 South Lamar, Suite A
Oxford, MS 38655
Tel: (662) 234-8775
Fax: (662) 238-7552
bradbest@holcombdunbar.com

*Counsel for Defendants*
*Shelter General Insurance Company, and*
*Shelter Mutual Insurance Company*

/s/ Walker R. Gibson_____ _____
Walker R. Gibson (MSB No. 100051)
Copeland, Cook, Taylor & Bush, P.A.
1076 Highland Colony Parkway
Concourse 600, Suite 100
Ridgeland, MS 39157
Office (601) 856-7200
Fax (601) 427-4997
wgibson@cctb.com

*Counsel for Defendants*
*Direct General Insurance Company of Mississippi,*
*and Mississippi Farm Bureau Casualty Insurance*
*Company*

/s/ Clifford (Ford) K. Bailey _____
Clifford (Ford) K. Bailey, III (MSB No. 1686)
WELLS MARBLE & HURST, PLLC
300 Concourse Boulevard, Suite 200
Ridgeland, MS 39157
Telephone:  (601) 605-6900

Facsimile:  (601) 605-6901
Email:  fbailey@wellsmar.com

Michael E. Mumford (admitted *pro hac vice*)
BAKER & HOSTETLER LLP
PNC Center
1900 East Ninth Street, Suite 3200
Cleveland, OH 44114
Telephone:  (216) 621-0200
Facsimile:  (216) 969-0740
Email:  mmumford@bakerlaw.com

*Counsel for Defendant*
*Safeco Insurance Company of Illinois*

/s/ David F. Maron _____
David F. Maron (MSB No. 10170)
BAKER DONELSON BEARMAN CALDWELL
& BERKOWITZ, PC
P. O. Box 14167
Jackson, Mississippi  39236
Telephone:  (601) 351-2477
Facsimile:   (601) 592-2477
Email:  dmaron@bakerdonelson.com

Amelia W. Koch (admitted *pro hac vice*)
Steven F. Griffith, Jr. (admitted *pro hac vice*)
BAKER DONELSON BEARMAN CALDWELL
& BERKOWITZ, PC
201 St. Charles Ave., Suite 3600
New Orleans, Louisiana  70170
Telephone:  (504) 566-5200
Facsimile:  (504) 636-4000
E-mail:  akoch@bakerdonelson.com
E-mail:  sgriffith@bakerdonelson.com

*Counsel for Defendants*
*United Services Automobile Association and USAA*
*Casualty Insurance Company*

- 6 -

## CERTIFICATE OF SERVICE

I, William C. Griffin, hereby certify that on June 26, 2014, I electronically filed the

foregoing with the Clerk of the Court using the ECF system which sent notification of such filing

to all counsel of record.


/s/ William C. Griffin
William C. Griffin


82448676