IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**CAPITOL BODY SHOP, INC., ET AL.**     **PLAINTIFFS**

**V.**     **CIVIL ACTION NO. 3:14CV00012-CWR-FKB**

**STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, ET AL.**     **DEFENDANTS**

---

**THE GEICO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' ALLEGATIONS OF SHERMAN ACT VIOLATIONS AND COUNTS 1, 4, 7 AND 8 WITH PREJUDICE FOR FAILURE TO STATE A LEGAL CLAIM**

---

Pursuant to Fed. R. Civ. Proc. 12(b)(6), Defendants GEICO General Insurance Company and GEICO Indemnity Company move to dismiss the Plaintiffs' First Amended Complaint for the reasons stated in their separate memorandum brief supporting this motion.

THIS, the 26th day of June 2014.

                     Respectfully submitted,

                     GEICO GENERAL INSURANCE COMPANY
                     and GEICO INDEMNITY COMPANY

                     JONES WALKER LLP

                     By: /s/ Neville H. Boschert
                     Keith R. Raulston (MSB No. 4641)
                     Neville H. Boschert (MSB No. 3697)
                     190 E. Capitol Street, Suite 800 (39201)
                     Post Office Box 427
                     Jackson, MS 39205
                     Telephone: (601) 949-4900
                     Facsimile: (601) 949-4804
                     kraulston@joneswalker.com
                     nboschert@joneswalker.com

{JX112680.1}

                                                                               SNELL & WILMER L.L.P.

                                                                               Dan W. Goldfine (seeking *pro hac vice* admission)
                                                                               Jamie L. Halavais (Admitted *pro hac vice*)
                                                                               Snell & Wilmer L.L.P.
                                                                               400 E. Van Buren
                                                                               One Arizona Center
                                                                               Phoenix, Arizona 85004
                                                                               Telephone (602) 382-6000
                                                                               Facsimile: (602) 382-6070
                                                                               dgoldfine@swlaw.com
                                                                               jhalavais@swlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system, causing the foregoing to be served upon all parties authorized to receive such service.

      THIS, the 26th day of June 2014.

                                                                        */s/ Neville H. Boschert*
                                                                        Neville H. Boschert